## Felix Sobczak, Appellant, v. American National Insurance Company and Stella Sobczak, Appellees.

### Gen. No. 42,720.

opinion filed December 13, 1944; released for publication January 4, 1945. Marcus Levy, for appellant; Michael M. Obartuch, for certain appellee. Opinion by JUSTICE KILEY. Not to be published in full.